JAMES H. AKEN, Respondent, *v.* BARNET & AUFSESSER KNITTING COMPANY, Appellant.

*Aken* v. *Barnet & Aufsesser Knitting Co.*, 118 App. Div. 463, affirmed.
(Argued April 16, 1908; decided May 19, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 4, 1907, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Murray Downs* for appellant.

*Daniel C. McElwain* and *James H. Berns* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.